Reset Form | Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __14-cr-75HEH__, Case Name __U.S.A. vs. Fernando Josue Chang__
Party Represented by Applicant: __FERNANDO JOSUE CHANG__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __DENNIS NICHOLAS URBANO__
Bar Identification Number __221872__  State __FLORIDA__
Firm Name __GREENBERG STONE & URBANO__
Firm Phone # __305 595-2400__  Direct Dial # _____  FAX # __305 595-5105__
E-Mail Address __durbano@bellsouth.net__
Office Mailing Address __11440 NORTH KENDALL DRIVE, #400, MIAMI, FLORIDA 33176__

Name(s) of federal court(s) in which I have been admitted __MIDDLE DISTRICT OF FLORIDA; SOUTHERN DISTRICT OF FLORIDA__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____  __12·2·15__
(Signature)  (Date)

__Amy L. Austin__  __46579__
(Typed or Printed Name)  (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____  _____
(Judge's Signature)  (Date)